

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      *Jeffrey L. Wilner v. Andres Quijano & Osmaldo Marquez*

Appellate case number:   01-11-00322-CV

Trial court case number:  2009-40972

Trial court:                     11th District Court of Harris County, Texas

Date motion filed:          March 19, 2013

Party filing motion:        Appellant

      It is ordered that the motion for rehearing is **(X) DENIED ( ) GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                        Acting individually     x   Acting for the Court

Panel consists of:  Justices Keyes, Massengale, and Brown

Date:  May 3, 2013